EDA

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1369

JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

**JT Frames, Inc., an Illinois corporation, individually and as the representative of a class of similarly-situated persons v. America Direct, Inc.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**America Direct, Inc.**

| | |
|---|---|
| SIGNATURE *(signed)* | |
| FIRM | SMITHAMUNDSEN, LLC |
| STREET ADDRESS | 150 NORTH MICHIGAN AVENUE, SUITE 3300 |
| CITY/STATE/ZIP | CHICAGO, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6181345 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES /x /    NO / / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES /x /    NO / / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES /x /    NO / / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /x /    NO / / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / |