EDA

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case

**JT Frames, Inc., an Illinois corporation, individually and as the representative of a class of similarly-situated persons v. America Direct, Inc.**

**08 C 1369**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

**America Direct, Inc.**

| SIGNATURE | *Molly A. Arany* (signature) |
|---|---|
| FIRM | SMITHAMUNDSEN, LLC |
| STREET ADDRESS | 150 NORTH MICHIGAN AVENUE, SUITE 3300 |
| CITY/STATE/ZIP | CHICAGO, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281122 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /    NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /    NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /    NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / |