# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1369 | **DATE** | 3/10/2008 |
| **CASE TITLE** | JT's Frames vs. America Direct, Inc. | | |

**DOCKET ENTRY TEXT**

This case was assigned in error in the Eastern Division and should have been filed in the Western Division. This case shall be transferred forthwith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|