UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JT's FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br>v.<br><br>AMERICA DIRECT, INC.<br><br>    Defendant. | Case No. 08 C 1369<br><br>Judge Kapala<br>Magistrate Judge Mahoney |

## NOTICE OF MOTION

TO: Brian J. Wanca        Phillip A. Bock
    Ryan M. Kelly        Diab & Bock, LLC
    Anderson & Wanca      134 N. LaSalle Street
    3701 Algonquin Road, Suite 760  Suite 1000
    Rolling Meadows, IL 60008    Chicago, IL 60602

**PLEASE TAKE NOTICE THAT** on **March 21, 2008, at 1:30 p.m.**, we shall appear before the **Honorable Michael P. Mahoney** in **Room 206**, at 211 South Court Street, Rockford, Illinois, and present to the United States District Court of the Northern District of Illinois, Western Division, the attached **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)**, a copy of which is hereby served upon you.

                Respectfully Submitted,

          By: /s/ Molly A. Arranz
             Attorneys for Defendant

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN, L.L.C.
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of March 2008, she served a **Notice of Motion** and the Defendant, America Direct, Inc.'s **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLC |
| Anderson & Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: March 14, 2008.

_____/s/ Molly A. Arranz_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR AMERICA DIRECT, INC.