IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| JT'S FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICA DIRECT, INC.,<br><br>                Defendant. | No. 08 C 1369<br>Judge Kapala<br>Magistrate Judge Mahoney |

**NOTICE OF VOLUNTARY DISMISSAL
OF COUNTS II AND III ONLY WITHOUT PREJUDICE**

Plaintiff, JT'S FRAMES, INC., hereby files a voluntary dismissal without prejudice as to Counts II and III only of the Class Action Complaint against Defendant, AMERICA DIRECT, INC., as allowed under Federal Rules of Civil Procedure 41(a)(1).

                Respectfully submitted,

                JT'S FRAMES, INC., individually and as the representative of a class of similarly-situated persons

    By:    s/Brian J. Wanca
                One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

    Molly Arranz
    Eric L. Samore
    Smith Amundsen LLC
    150 North Michigan Avenue, Suite 3300
    Chicago, IL  60601

                                      s/Brian J. Wanca
                                      Brian J. Wanca
                                      Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |