# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

JT's Frames, Inc.
                Plaintiff,

v.                                     Case No.: 1:08−cv−01369
                                          Honorable Frederick J. Kapala

America Direct, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: It appearing that parties consent to Magistrate Judge entering order: Pursuant to plaintiff's notice of voluntary dismissal, the court dismisses without prejudice Counts II and III of the complaint. Defendant's Motion to dismiss [14] is moot. Parties to hold Rule 26 Meeting. Case Management order due by 4/24/2008. Initial Pretrial Conference set for 4/25/2008 at 01:30 PM.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.