**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| JT's FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, )<br>)<br>) | |
| ) | Case No. 08 C 1369 |
| Plaintiff, ) | |
| v. ) | Judge Kapala |
| ) | Magistrate Judge Mahoney |
| AMERICA DIRECT, INC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, AMERICA DIRECT, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

**NOW COMES** Defendant, AMERICA DIRECT, INC., by and through its attorneys, Eric L. Samore, Molly A. Arranz, and Darren P. Grady of SMITHAMUNDSEN LLC, and moves this Court for an order of summary judgment in its favor, pursuant to Federal Rule of Civil Procedure 56. In support, Defendant submits a Statement of Material Undisputed Facts as required by Local Rule 56.1(a)(3) and a Memorandum of Law in Support of its Motion for Summary Judgment as required by Local Rule 56.1(a)(2), herewith.

**WHEREFORE**, Defendant, America Direct, Inc., prays that this Honorable Court enter an order 1) granting summary judgment in its favor and denying any and all claims against it arising out of this lawsuit; and 2) finding that there is no reason for delay of the enforcement or appeal of its order.

Case No.  08 C 1369                                                                 Firm No. 3006634

                Respectfully Submitted,

                SMITH AMUNDSEN, LLC


        By:   /s/     Molly A. Arranz
                Attorney for AMERICA DIRECT, INC.
                SMITH AMUNDSEN, LLC
                150 North Michigan Avenue, Suite 3300
                Chicago, Illinois 60601
                (312) 894-3200
                ARDC No. 6281122


Dated: April 23, 2008


Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady ARDC # 6289608
SmithAmundsen
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200