UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JT's FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICA DIRECT, INC.<br><br>        Defendant. | Case No. 08 C 1369<br><br>Judge: Kapala<br>Magistrate Judge Mahoney |

### NOTICE OF MOTION

TO:   Brian J. Wanca                                  Phillip A. Bock
        Ryan M. Kelly                                  Bock & Hatch, LLC
        Anderson & Wanca                        134 N. LaSalle Street
        3701 Algonquin Road, Suite 760        Suite 1000
        Rolling Meadows, IL 60008              Chicago, IL 60602

**PLEASE TAKE NOTICE THAT** on **May 2, 2008, at 1:30 p.m.**, we shall appear before the **Honorable Judge Mahoney** in **Room 206**, at 211 South Court Street in Rockford, Illinois, and present to the United States District Court of the Northern District of Illinois, Western Division, the attached **Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56.1(a)(3) Statement of Material Undisputed Facts** and **Memorandum of Law in Support of its Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56,** a copy of which is hereby served upon you.

                                                                By:   /s/ Molly A. Arranz
                                                           Attorneys for AMERICA DIRECT, INC.
                                                           SMITH AMUNDSEN, LLC
                                                           150 North Michigan Avenue, Suite 3300
                                                           Chicago, Illinois 60601
                                                           (312) 894-3200
                                                          ARDC No.: 6281122

                                                           Dated: April 23, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of April 2008, she served a **Notice of Motion** and the Defendant, America Direct, Inc.'s **Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56, Local Rule 56.1(a)(3) Statement of Material Undisputed Facts** and **Memorandum of Law in Support of its Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Bock & Hatch, LLC |
| Anderson & Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: April 23, 2008.

_____/s/ Molly A. Arranz_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR AMERICA DIRECT, INC.