# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                 Case Number: 08 C 1369

JT's FRAMES, INC., an Illinois Corporation, individually
and as the representative of a class of similarly-situated persons,
              vs.
AMERICA DIRECT, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

America Direct, Inc.

| NAME (Type or print) |   |
|---|---|
| Ruth E. Robinson |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ruth E. Robinson | |
| FIRM | |
| SmithAmundsen LLC | |
| STREET ADDRESS | |
| 308 W. State Street, Suite 320 | |
| CITY/STATE/ZIP | |
| Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06207546 | 815-987-0441 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |