## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| JT'S FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA DIRECT, INC.,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 C 1369<br>Judge Kapala<br>Magistrate Judge Mahoney |

### AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, JT'S FRAMES, INC., and moves to dismiss this case with prejudice, and in support thereof, alleges and states as follows:

1. Plaintiff filed a putative class action complaint against the Defendant for violations of the Telephone Consumer Protection Act.

2. Defendant removed this case to Federal Court.

3. Plaintiff has not moved for class certification before this Court, no class has been certified.

4. Plaintiff wishes to dismiss this case with prejudice.

5. Defendant has no objection to this motion.

WHEREFORE, Plaintiff prays that this Court dismiss this case with prejudice pursuant to FRCP 41(a).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　s/Brian J. Wanca
　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL  60008<br>Telephone:  847/368-1500 | Phillip A. Bock<br>BOCK & HATCH, LLC<br>134 N. LaSalle Street, Suite 1000<br>Chicago, IL  60602<br>Telephone:  312/658-5500 |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2008, I electronically filed this Agreed Motion for Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      s/Brian J. Wanca
                                      Brian J. Wanca
                                      Attorney for Plaintiff

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL  60008 | Chicago, IL  60602 |
| Telephone:  847/368-1500 | Telephone:  312/658-5500 |