IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| JT'S FRAMES, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                 Plaintiff,<br><br>      v.<br><br>AMERICA DIRECT, INC.,<br><br>                 Defendant. | No. 08 C 1369<br>Judge Kapala<br>Magistrate Judge P. Michael Mahoney |

**NOTICE OF MOTION**

TO:   Ruth E. Robinson                        Eric Samore
        Smith Amundsen LLC                Darren Grady
        308 W. State Street, Suite 320     Smith Amundsen LLC
        Rockford, IL   61101                   150 North Michigan Ave., Suite 3300
                                                            Chicago, IL   60601

      PLEASE TAKE NOTICE that on June 20, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or any judge sitting in his stead, in Courtroom 206 of the United States District Court, Northern District of Illinois, Western Division, located at 211 S. Court Street, Rockford, Illinois, and then and there present *Agreed Motion for Voluntary Dismissal with Prejudice,* a copy of which is herewith served upon you.

                                                                s/Brian J. Wanca
                                                                 One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

[X]  Under penalties as provided by law pursuant
      to 28 U.S.C. § 1746(2), I certify that the statements
      set forth herein are true and correct.
                                                                 s/Brian J. Wanca

Brian J. Wanca                             Phillip A. Bock
ANDERSON + WANCA               BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760      134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008           Chicago, IL  60602
Telephone:  847/368-1500              Telephone:  312/658-5500