**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

JT's Frames, Inc.
               Plaintiff,

v.                                    Case No.: 1:08−cv−01369
                                       Honorable Frederick J. Kapala

America Direct, Inc.
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: conference held on 6/20/2008. Based upon representation of counsel, It is the Report and the Recommendation of the Magistrate Judge that Plaintiff's Motion to dismiss [28] be granted. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Kapala pursuant to FRCP 72. Objections need not be presented as stated in LR.5.3. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.