## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 01369 | **DATE** | 7/10/2008 |
| **CASE TITLE** | JT'S Frames, Inc. vs. America Direct, Inc. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on June 20, 2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants plaintiff's Agreed Motion for Voluntary Dismissal with Prejudice. Thus, this case is dismissed with prejudice. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|