# United States District Court
## Northern District of Illinois
### Western Division

JT's Frames, Inc.                                    **JUDGMENT IN A CIVIL CASE**

          v.                                    Case Number: 08 C 1369

America Direct, Inc.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that there being no written objection to the report and recommendation of the magistrate judge entered on June 20, 2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants plaintiff's Agreed Motion for Voluntary Dismissal with Prejudice. Thus, this case is dismissed with prejudice.  This case is closed.

Michael W. Dobbins, Clerk of Court

Date: 7/10/2008

_____

/s/ Susan Wessman, Deputy Clerk